# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED MOHAAMMADU,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>UNNAMED RESPONDENTS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 14cv228-LAB (WVG)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*; AND**<br><br>**ORDER OF DISMISSAL** |

On January 29, 2014, Petitioner Mohammed Mohammadu filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The application shows he is in custody, awaiting deportation to either Australia or Ghana.

Mohammadu did not pay the $5.00 filing fee, but instead moved to proceed *in forma pauperis*. His attached prisoner trust statement, however, shows he has $110.00 in his account, which is easily enough to pay the filing fee. The motion to proceed *in forma pauperis* is **DENIED**.

The petition is written in the form of a letter "to whom it may concern" and addressed to this Court. It does not name a respondent, but simply asks the Court to review Mohammadu's file and see if he is eligible for release pending deportation. Failure to name the proper respondent deprives a habeas court of personal jurisdiction. *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir.1992). The proper respondent in a federal habeas corpus

1 | petition is the petitioner's immediate custodian, that is, the person who has day-to-day
2 | control over the petitioner and could release the petitioner if ordered to do so. *Id*. at 379.
3 |     The motion to proceed *in forma pauperis* is **DENIED** and the petition is **DISMISSED**
4 | **WITHOUT PREJUDICE** both for failure to pay the filing fee and for failure to name a proper
5 | respondent. No later than **March 20, 2014**, Mohammadu may pay the filing fee and file an
6 | amended petition that names a proper respondent.
7 |     **IT IS SO ORDERED**.
8 | DATED: February 3, 2014

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge